**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Case No. <u>13-51282</u> |
| Christopher Stiltner | ) |  |
| Teresa L Stiltner | ) | Judge:  <u>CALDWELL</u> |
|  | ) |  |
| Debtor(s) | ) | Chapter:  [13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:     Debtor(s);     Teresa L Stiltner


FORMER ADDRESS:                         336 E Mound Street
                                        Circleville, OH 43113


NEW ADDRESS:                            1056 Georgia Rd
                                        Circleville, OH 43113



DATE: Tuesday, May 03, 2016             /s/ Michael A Cox
                                        Michael A Cox (0075218)
                                        Attorney for Debtor(s)
                                        Guerrieri, Cox & Assocaites
                                        2500 North High Street, Ste. 100
                                        Columbus, OH 43202
                                        (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above Notice of Change of Address is served via ECF to the Trustee, U.S. Trustee for the above named Debtor(s) upon transmission to the Court on Tuesday, May 03, 2016.

                                        /s/ Michael A Cox
                                        Michael A Cox
                                        Attorney for Debtor(s)